UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Bernard Clark McMillon,

Case No. 2:23-cr-45

Judge Michael H. Watson

## ORDER

There being no objections, and upon review of the Superseding Indictment, Plea Agreement, and Report and Recommendation of the Magistrate Judge ("R&R") the Court hereby adopts the R&R, ECF No. 38. The Court accepts Defendant's plea of guilty to Counts 2 and 3 of the Superseding Indictment, and he is hereby adjudged guilty on those counts. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

IT IS SO ORDERED.

_/s/ Michael H. Watson_
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT